

# NUMBER 13-19-00177-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE SERVICE CORPORATION INTERNATIONAL AND SCI TEXAS FUNERAL SERVICES, LLC (SUCCESSOR-IN-INTEREST TO SCI TEXAS FUNERAL SERVICES, INC.) D/B/A BUENA VISTA BURIAL PARK AND D/B/A FUNERARIA DEL ANGEL BUENA VISTA**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Per Curiam Order**

Relators Service Corporation International and SCI Texas Funeral Services, LLC (successor-in-interest to SCI Texas Funeral Services, Inc.) d/b/a Buena Vista Burial Park and d/b/a Funeraria del Angel Buena Vista filed a petition for writ of mandamus and an opposed emergency motion for temporary relief in the above cause on April 9, 2019. Through this original proceeding, relator contends that the trial court erred by compelling pre-arbitration depositions that are "outside the proper scope of pre-arbitration discovery.

By emergency motion, relators seek to stay the discovery order pending resolution of this original proceeding.

The Court, having examined and fully considered the opposed emergency motion for temporary relief, is of the opinion that it should be granted. Accordingly, we grant the opposed emergency motion and order the discovery orders at issue in this case to be stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that real party in interest, Maria Ruiz, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. CIV. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of April, 2019.